■ In the Matter of E & R WILLIAMS, INC., et al., Respondents, v TOWN OF AMHERST et al., Appellants. [631 NYS2d 266] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gorski, J. (Appeal from

Judgment of Supreme Court, Erie County, Gorski, J.— CPLR art 78.) Present—Lawton, J. P., Fallon, Wesley, Callahan and Doerr, JJ.